1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LANCE BROWN,                          No.  2:18-cv-2494 TLN CKD P

12                Plaintiff,

13         v.                               ORDER

14   BRAIN DUFFY, et al.,

15                Defendants.

16

17         Plaintiff has filed a motion for extension of time to file an amended complaint.  Good

18   cause appearing, IT IS HEREBY ORDERED that:

19         1.  Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

20         2.  Plaintiff is granted sixty days from the date of this order in which to file an amended

21   complaint.

22   Dated:  July 18, 2019

23                                          _____
                                            CAROLYN K. DELANEY
24                                          UNITED STATES MAGISTRATE JUDGE

25

26

27   12/brow2494.36

28