UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE BROWN,<br><br>            Plaintiff,<br><br>     v.<br><br>BRIAN DUFFY, et al.,<br><br>            Defendants. | No.  2:18-cv-02494-TLN-CKD<br><br><br>ORDER |

Lance Brown ("Plaintiff"), a state prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 17, 2020, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.[1]  (ECF No. 22.)  Neither party has filed objections to the Findings and Recommendations.

///

///

---

[1] The Findings and Recommendations indicates a 14-day period for objections in the "Plain Language Summary" and a 30-day objection period in the conclusion.  The Court has waited the 30-days and still no party has objected.

1

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 17, 2020 (ECF No. 22), are adopted in full;

2. Defendants' Amended Motion to Strike Plaintiff's First Amended Complaint (ECF No. 18) is GRANTED in part and DENIED in part. The motion is GRANTED to the extent it requests screening of Plaintiff's First Amended Complaint;

3. Plaintiff's First Amended Complaint (ECF No. 16) is DISMISSED without leave to amend for failing to state any claim for relief; and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: May 29, 2020

Troy L. Nunley
United States District Judge